# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN SAIGER (#2013-0313060), | ) | |
|     Plaintiff, | ) | Case No: 13 C 5495 |
| | ) | |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| TOM DART, et al., | ) | |
|     Defendants. | ) | |

## ORDER

    Plaintiff submitted a motion to reconsider the Court's order of October 31, 2013 [#6]. That order requires Plaintiff to show cause as to why this case should not be dismissed because Plaintiff is a member of the class in *John Smentak v. Sheriff of Cook County*, Case No. 09 C 0529 (N.D.Ill) (Lefkow, J.) Although Plaintiff states in his motion that the opt-out period for class members in *Smentak* expired in March of 2012, a review of the docket reveals that no opt-out date has been set in *Smentak* as no notice has yet been sent to the class. Accordingly, because Plaintiff is still able to opt out of the class in *Smentak* should he choose, and because the Court finds that Plaintiff has failed to argue any compelling reason for the Court to reconsider its order to show cause, Plaintiff must respond. Plaintiff is given until December 13, 2013, to respond as ordered. If Plaintiff fails to respond by that date, this case will be dismissed.

Date:  November 21, 2013                /s/ Sharon Johnson Coleman
                                                            United States District Court Judge