IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

**FILED** MA
12-31-13
DEC 31 2013
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

John Saiger
    Plaintiff
      v

Tom Dart, et. al.
    Defendants

Case No: 13 C 5495

Judge: Sharon Johnson
      Coleman

## MOTION FOR APPOINTMENT OF COUNSEL

1. I John Saiger declare that I am the Plaintiff in the above entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint Counsel to represent me in this proceeding.

2. In Support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation and been turned down.

A. ACLU of Illinois
180 N. Michigan
Chicago IL 60601

B. Legal Assistance Foundation
111 West Jackson
Chicago IL 60604

C. Uptown Peoples Law Center
4413 N. Sheridan
Chicago IL 60640

D. Kirkland and Ellis
200 E. Randolph
Chicago IL 60601

1

3. In further support of my Motion, I declare
that I previously have been represented
by an attorney appointed by this Court
In the following Proceedings:
Saiger V. Fargus, Case No: 10 CV-03387
Judge: Sharon Johnson Coleman
Appointed Attorney: James L. Oakley
                    Thompson, Coburn, Fagel and
                    Haber.
                    55 E. Monroe st
                    Chicago IL 60603
Final Disposition: Settlement.
In addition I declare that the
Claim made in the above stated
proceedings Is nearly Identical to the
claim made in the proceedings currently
In front of the Court.

4. In further support of my Motion, I
declare that I have previously filed
an application for Leave to proceed In
forma Pauperis in this proceeding and
It Is a true and Correct representation
of My financial status.

5. In further support of My Motion, I
declare that I am currently detained
with the Cook County Department

2

of Corrections and am housed in the Division 8 Residential Treatment Unit (RTU) at the present time.

6. In further support of my Motion, I declare that I have been diagnosed with Bi-Polar I (one) disorder and Manic Depression by multiple psychiatrists and that my mental illness affects my ability to effectively and completely represent my claim before this court in an effective manner.

7. In further support of my Motion, I declare that I have been prescribed the following psychotropic medications in order to treat my Mental illness: Lithium, Risparadol, trazadone, Klonapin, Deprakote and Prozac. The psychotropic medications that have been prescribed to me have adverse side effects which can limit my ability to concentrate and focus for any length of time.

8. In further support of my Motion, I declare that I have previously, just prior to my arrest and detention on March 12th 2013, applied to

3

The Social Security Administration to be declared fully disabled due to Mental illness and that my diagnosis fits the Criteria for such a declaration. I also declare that upon my release I intend to resume the application process with which I was unable to complete.

9. In further support of my Motion, I declare that the Division 8 RTU in which I am housed does not have a Law Library that I can physically visit and that all legal materials must be obtained by request and are delivered to the inmate on the tier in which he is housed. All inmates are limited to one (1) request session every thirty days (30). In addition every inmate is limited to three (3) cases/copies of legal materials per session. Inmates do not have access to Legal Dictionaries, textbooks or reference books while studying or making use of their requested materials and if they need a legal phrase or term defined or explained they must wait until their next monthly session and any

definition provided counts as one
of their three (3) allowed cases/copies
of legal materials per session.

10. In further support of my motion, I
declare that this motion and all
other filings including the plaintiffs
complaint were prepared with the
help of a second individual whom
as of January 1st 2014 no longer
will be able to assist the plaintiff
in these proceedings.

11. In further support of my motion, I
declare that the basic claim made
in the plaintiffs complaint is deliberate
indifference to a serious dental and medical
condition and that the plaintiff has
no medical or dental training and as
such the plaintiff may not be able
to effectively represent the seriousness
of his injury or be able to effectively
refute any counter-claims or attempts
made by the defense to argue the
seriousness of the plaintiffs injury

12. Therefore, the plaintiff prays that the
court, after considering all of the

5

above stated Declarations, will determine that the Plaintiffs ability to present his Claim effectively without the assistance of Counsel is Seriously hindered and shall appoint Counsel to the Plaintiff for these Proceedings.

13. The Plaintiff declares under the penalty of perjury that the foregoing is true and correct to the best of the Plaintiffs knowledge and belief at the time of the drafting of this Motion.

Respectfully Submitted

12-26-13
DATE

John Saiger
20130313060
P.O. Box 089002
Chicago IL 60608

6