**INDEX TO EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

EXHIBIT A Inmate Classification/ Booking History

EXHIBIT B John Saigar Deposition

EXHIBIT C Cook County Policy E-07 with Affidavit

EXHIBIT D Affidavit of Theresa Olsen and Grievance Procedure

EXHIBIT E Saigar Grievance dated June 5, 2013

EXHIBIT F Saigar Grievance dated December 1, 2013

EXHIBIT G John Saigar Medical 2013 Medical and Dental Records with Affidavit

EXHIBIT H Deposition of Thomas Prozorovsky, DDS.

EXHIBIT I Deposition of Randy Rabin, DDS

EXHIBIT J Deposition of Jack T Liu, DDS

EXHIBIT K Affidavit of PA Claudette Cohen

EXHIBIT L Affidavit of PA Salvador Martinez

EXHIBIT M Affidavit of PA Kevin Sims

EXHIBIT N Log for Lock Box for HSRF Collected March and April 2013