# EXHIBIT N

# NUMBER OF HEALTH SERVICE REQUEST FORMS COLLECTED

MONTH/YEAR May 2013          DIVISION: 2

| Day | # HSRF Collected | Signature |
|-----|------------------|-----------|
| 1. | 3 | K Cooper RN 23 |
| 2. | | |
| 3. | | |
| 4. | 9 | K Coop RN 73 |
| 5. | 7 | K Coop RN 23 |
| 6. | | |
| 7. | 6 | B muelle RN 7-3 |
| 8. | 5 | K Coop RN 7-3 |
| 9. | 1 | K Coop RN 23 |
| 10. | 4 | K Coop RN 7-3 |
| 11. | | |
| 12. | 13 | K Coope RN 23 |
| 13. | 4 | K Coope RN 7-3 |
| 14. | 3 | K Coop RN 7-3 |
| 15. | 2 | K Coop RN 7-3 |
| 16. | 19 | S. Mitchell RN 7-5 |
| 17. | 5 | S. Mitchell RN 7-3 |
| 18. | 5 | S Mitchell RN 7-3 |
| 19. | 7 | S |
| 20. | | |
| 21. | | |
| 22. | 7 | S. Mitch RN |
| 23. | 3 | S Mitch RN |
| 24. | 9 | K Coop RN 73 |
| 25. | 3 | L. Oram RN 7-3 |
| 26. | 11 | Sora Mitchell 7-3 |
| 27. | 5 | Sora Mitchell RN 7-3 |
| 28. | 3 | K Cooper RN 7-3 |
| 29. | 5 | K Cooper RN 7-3 |
| 30. | 10 | S |
| 31. | 10 | Sora Mitchell 7-3 |
| TOTAL | | |

SEIGAR CCU 00001

Seigar CCU 1

# NUMBER OF HEALTH SERVICE REQUEST FORMS COLLECTED

MONTH/YEAR May 2013          DIVISION: 202

| Day | # HSRF Collected | Signature |
|-----|------------------|-----------|
| 1. | 15 | K Cooper RN 7-3 |
| 2. | | |
| 3. | | |
| 4. | 14 | K Cooper RN 7-3 |
| 5. | 9 | K Cooper RN 7-3 |
| 6. | | |
| 7. | 30 | S. Mulburn 7-3 |
| 8. | 12 | K Cooper RN 7-3 |
| 9. | 8 | K Cooper RN 7-3 |
| 10. | 6 | K Cooper RN 7-3 |
| 11. | | |
| 12. | 25 | K Cooper RN 7-3 |
| 13. | 15 | K Cooper RN 7-3 |
| 14. | 15 | K Cooper RN 7-3 |
| 15. | 10 | K Cooper RN 7-3 |
| 16. | 33 | S. Hitchell RN 7-3 |
| 17. | 13 | S. Hitchell RN 7-3 |
| 18. | 19 | S. Hitch RN 7-3 |
| 19. | | |
| 20. | | |
| 21. | 15 | S. Hitch RN |
| 22. | 11 | S. Hitch RN |
| 23. | 15 | S. Hitchell RN |
| 24. | 13 | K Cooper RN 7-3 |
| 25. | 1 | K Cooper 7-3 |
| 26. | 19 | Sona Hitchell 7-3 |
| 27. | 16 | Sona Hitch RN 7-3 |
| 28. | 10 | K Cooper RN 7-3 |
| 29. | 13 | K Cooper RN 7-3 |
| 30. | | |
| 31. | 37 | S. Hitch 7-3 |
| TOTAL | | |

SEIGAR CCU 00002

2nd Floor

## NUMBER OF HEALTH SERVICE REQUEST FORMS COLLECTED

MONTH/YEAR _May 2013_    DIVISION: _202_

| Day | # HSRF Collected | Signature |
|-----|------------------|-----------|
| 1. | 6 | K Cooper RN 7-3 |
| 2. | | |
| 3. | | |
| 4. | 23 | K Cooper RN 7-3 |
| 5. | 7 | K Cooper RN 7-3 |
| 6. | | |
| 7. | 20 | S. Willie RN 7-3 |
| 8. | 23 | K Cooper RN 7-3 |
| 9. | 6 | K Cooper RN 7-3 |
| 10. | 7 | K Cooper RN 7-3 |
| 11. | | |
| 12. | 8 | K Cooper RN 7-3 |
| 13. | 7 | K Cooper RN 7-3 |
| 14. | 17 | K Cooper RN 7-3 |
| 15. | 9 | K Cooper RN 7-3 |
| 16. | 32 | S. Mitchell RN 7-3 |
| 17. | 8 | S. Mitchell 7-3 |
| 18. | 10 | S. Mitchell RN 7-3 |
| 19. | | |
| 20. | | |
| 21. | 10 | S. Bailey RN |
| 22. | 9 | S. Mitchell RN |
| 23. | 5 | S. Mitchell RN |
| 24. | 8 | K Cooper 7-3 RN |
| 25. | 18 | L. Loren RN 7-3 |
| 26. | 7 | Joyce Mitchell 7-3 |
| 27. | 9 | Joyce Mitchell RN 7-3 |
| 28. | 15 | K Cooper RN 7-3 |
| 29. | 12 | K Cooper RN 7-3 |
| 30. | | |
| 31. | 22 | S. Mitchell RN -7-3 |
| TOTAL | | |

SEIGAR CCU 00003

# NUMBER OF HEALTH SERVICE REQUEST FORMS COLLECTED

MONTH/YEAR __Apl / 2013__          DIVISION: __202__

| Day | # HSRF Collected | Signature |
|-----|------------------|-----------|
| 1. | 8 | K Coop RN 7-3 |
| 2. | 16 | S. Mitchel RN 7-3 |
| 3. | 13 | K Coop RN 7-3 |
| 4. | 16 | S. Mitchel RN 7-3 |
| 5. | 20 | K Coop RN 7-3 |
| 6. | 13 | K Coop RN 7-3 |
| 7. | 16 | K Coop RN 7-3 |
| 8. | 23 | S. Mitchel RN 7-3 |
| 9. | 15 | S. Mitchel RN 7-3 |
| 10. | 16 | K Coop RN 7-3 |
| 11. | 13 | K Coop RN 7-3 |
| 12. | | |
| 13. | | |
| 14. | 40 | Sona Mitchel 7-3 |
| 15. | 17 | K Coop RN 7-3 |
| 16. | 17 | S. Mitchel 7-3 |
| 17. | 25 | K Coop RN 7-3 |
| 18. | 5 | L Watson 7-3 |
| 19. | 4 | L. Watson |
| 20. | 5 | K Coop RN 7-3 |
| 21. | 5 | K Coop RN 7-3 |
| 22. | 12 | L Watson 7-3 |
| 23. | 13 | L Watson |
| 24. | 15 | S. Mitchel |
| 25. | 19 | L Watson |
| 26. | 18 | L Watson |
| 27. | 8 | L Watson |
| 28. | 9 | S. Mitchel 7-3 |
| 29. | 14 | S. Mitchel 7-3 |
| 30. | 6 | L Watson |
| 31. | | |
| TOTAL | | |

SEIGAR CCU 00004

# NUMBER OF HEALTH SERVICE REQUEST FORMS COLLECTED

MONTH/YEAR _Apr 1 2013_      DIVISION: _202_

| Day | # HSRF Collected | Signature |
|-----|------------------|-----------|
| 1. | 3 | K Cage RN 7-3 |
| 2. | 17 | S. Hilde RN 7-3 |
| 3. | 16 | K Cage RN 7-3 |
| 4. | 12 | S. Hilde 7-3 |
| 5. | 10 | K Cage 7-3 |
| 6. | 5 | K Cage 7-3 |
| 7. | 14 | K Cage RN 7-3 |
| 8. | 16 | S. Hitel RN 7-3 |
| 9. | 14 | S. Hitchel RN 7-3 |
| 10. | 7 | K Cage RN 7-3 |
| 11. | 9 | K Cage RN 7-3 |
| 12. | 13 | K Cage 7-3 |
| 13. | 24 | Jane Hitchel 7-3 |
| 14. | 24 | S. Hitchel 7-3 |
| 15. | 4 | K Cage 7-3 |
| 16. | 20 | S. Hilde 7-3 |
| 17. | 17 | K Cage RN 7-3 |
| 18. | | R Watson 7-3 |
| 19. | 13 | R Watson |
| 20. | 2 | K Cage RN 7-3 |
| 21. | 10 | R Coy RN 7-3 |
| 22. | | R Watson 7-3 |
| 23. | 9 | R Watson 7-3 |
| 24. | 12 | S. Hitchel 7-3 |
| 25. | 8 | R Watson |
| 26. | 8 | R Watson |
| 27. | 8 | R Watson |
| 28. | 25 | S. Hitch 7-3 |
| 29. | 8 | S. Hitch 7-3 |
| 30. | 7 | R Watson |
| 31. | | |
| TOTAL | | |

SEIGAR CCU 00005